UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| DAWN M. MOODY, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CAUSE NO.: 4:20-CV-55-TLS |

**ORDER**

This matter is before the Court on a Joint Stipulation to an Award of Attorney Fees Under EAJA [ECF No. 28], filed on July 7, 2022. The parties stipulate to an award to the Plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $11,900.00 in fees. This award will satisfy all the Plaintiff's claims under the EAJA. Any fees paid belong to the Plaintiff and not the Plaintiff's attorney and can be offset to satisfy pre-existing debt that the Plaintiff owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 596–98 (2010).

Having considered the stipulation and finding it well taken, the Court now GRANTS the Joint Stipulation to an Award of Attorney Fees Under EAJA [ECF No. 28] and awards the Plaintiff $11,900.00 in EAJA fees. The Court DENIES as moot the Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412 [ECF No. 25]. If the Commissioner can verify that the Plaintiff owes no pre-existing debt subject to federal offset, the award will be made payable to the Plaintiff's attorney pursuant to the EAJA assignment signed by the Plaintiff and the Plaintiff's attorney.

SO ORDERED on July 12, 2022.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT